**IT IS ORDERED as set forth below:**

Date: September 13, 2019



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ALANI PROPERTY SOURCE CO., INC., | : | CASE NO. 19-62482 - LRC |
| | : | |
| DEBTOR. | : | |
| _____ | : | _____ |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ALANI PROPERTY SOURCE CO., INC., | : | |
| | : | |
| RESPONDENT. | : | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

This matter came before the Court on September 12, 2019, on the United States Trustee's Motion to Dismiss Case (Doc. No. 8).   No party appeared in opposition to the motion. It appearing to the Court that all parties were properly served with the motion, that good cause exists for dismissing the case, and no party opposes dismissal of the case, it is hereby

ORDERED that the motion is ***granted*** and the case is ***dismissed***. It is further

ORDERED that the Clerk, U.S. Bankruptcy Court, shall serve a copy of this order upon Debtor, the United States Trustee, and all creditors and other parties in interest.

[END OF DOCUMENT]

Prepared and submitted by:

_____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA   30303
404-331-4437, ext. 152
lindsay.p.kolba@usdoj.gov

## SERVICE LIST

MAILING MATRIX (see attached)

```
Label Matrix for local noticing         Alani Property Source Co., Inc.         BSI FINANCIAL SERVICES
113E-1                                  716 Frasier Cir SE                       314 S FRANKLIN STREET
Case 19-62482-lrc                       Marietta, GA 30060-2316                  SECOND FLOOR
Northern District of Georgia                                                     TITUSVILLE, PA 16354-2168
Atlanta
Thu Sep 12 10:25:23 EDT 2019

Internal Revenue Service                Internal Revenue Service                 Lindsay P. S. Kolba
P. O. Box 7346                          PO Box 7346                              Office of the U.S. Trustee
Philadelphia, PA 19101-7346             2970 Market Street                       Suite 362
                                        Philadelphia, PA 19104-5002              75 Ted Turner Drive, S.W.
                                                                                 Atlanta, GA 30303-3330

PRA Receivables Management, LLC         Marc E. Ripps                            Secretary of the Treasury
PO Box 41021                            Marc E. Ripps, Esq.                      15th & Pennsylvania Avenue, NW
Norfolk, VA 23541-1021                  P O Box 923533                           Washington, DC 20200
                                        Norcross, GA 30010-3533


Synchrony Bank                          U. S. Securities and Exchange Commission United States Trustee
c/o PRA Receivables Management, LLC     Office of Reorganization                 362 Richard Russell Federal Building
PO Box 41021                            Suite 900                                75 Ted Turner Drive, SW
Norfolk, VA 23541-1021                  950 East Paces Ferry Road, NE            Atlanta, GA 30303-3315
                                        Atlanta, GA 30326-1382
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Angel Oak Prime Bridge, LLC          End of Label Matrix
                                        Mailable recipients    11
                                        Bypassed recipients     1
                                        Total                  12